**COMPLAINT/REMOVAL DISMISSAL**
**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. 19 Mag 7600                    Date 11/8/19

USAO No. 2019R 01085

The Government respectfully requests the Court to dismiss without prejudice the ☒ Complaint ____ Removal
Proceedings in

*United States v.* Kenjonna Violent Patricia Levy (NOT as to Tiffa Days)

The Complaint/~~Rule 40 Affidavit~~ was filed on 8/15/19

☑ *U.S. Marshals please withdraw warrant.*

ASSISTANT UNITED STATES ATTORNEY

Nicholas Chiuchiolo
(Print name)

**SO ORDERED:**

Katham H Parke                    11-12-2019

UNITED STATES MAGISTRATE JUDGE                    DATE

Distribution:    White → Court        Yellow → U.S. Marshals        Green → Pretrial Services        Pink → AUSA Copy